# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 16 WM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LARRY BENEFIELD FASON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.